| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 7 | JACQUELINE D. WATSON, | Case No. 18-cv-03692-KAW |
| 8 | Plaintiff, | |
| 9 | v. | **ORDER TO SHOW CAUSE** |
| | | Re: Dkt. No. 6 |
| 10 | SAN FRANCISCO, CAL BUS MUNI, et al., | |
| 11 | Defendants. | |

On June 20, 2018, Plaintiff Jacqueline D. Watson filed this civil action and an application to proceed *in forma pauperis*. (Compl., Dkt. No. 1; IFP Application, Dkt. No. 3.) On June 29, 2018, the Court granted Plaintiff's application to proceed *in forma pauperis*. (Dkt. No. 6 at 1.) The Court, however, screened Plaintiff's complaint and found it deficient, explaining that Plaintiff had failed to identity any specific causes of action or the facts that would give rise to them. (*Id.* at 2.) Thus, Plaintiff had failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. (*Id.*) The Court therefore required Plaintiff to file an amended complaint by July 31, 2018, and warned that failure to do so would result in the case being reassigned to a district judge with the report and recommendation that either the complaint be dismissed in whole or in part or the case be dismissed in its entirety. (*Id.* at 3.)

As of the date of this order, Plaintiff has not filed an amended complaint. Accordingly, the Court ORDERS Plaintiff to show cause, by **August 24, 2018**, why this case should not be dismissed for failure to prosecute by 1) filing an amended complaint that corrects the deficiencies identified by the Court's June 29, 2018 order, and 2) responding to this order to show cause by explaining why she did not file a timely amended complaint. Failure to complete both tasks by

August 24, 2018 **will** result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge